UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RBD TECHNOLOGIES, LLC,

    Plaintiff,

v.                              CASE No. 8:19-cv-1262-T-33TGW

ADAMS ARMS, LLC, *et al.*,

    Defendant.

## ORDER

It has been brought to my attention that the defendants' counsel in this case was retained by my son to represent him in an unrelated business matter. Accordingly, I find it appropriate to recuse myself from sitting as United States Magistrate Judge in this matter. 28 U.S.C. 455(a). The Clerk is therefore directed to assign this case by random selection to another United States Magistrate Judge.

    IT IS SO ORDERED.

    DONE and ORDERED at Tampa, Florida, this 5th day of July, 2019.

                                          THOMAS G. WILSON
                                          UNITED STATES MAGISTRATE JUDGE